```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 02439
   PATRICIA ANN FETTA
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-2317


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/13/2006 and was confirmed 05/04/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was complete no cert/debt ed 12/15/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
LAKE LOUISE PROPERTY MGM  SECURED NOT I          .00          .00           .00
MIDFIRST BANK             CURRENT MORTG     41455.72          .00      41455.72
MIDFIRST BANK             MORTGAGE ARRE     11752.58          .00      11752.58
VALUE CITY                SECURED             630.35        47.22         630.35
PALISADES COLLECTION LLC  NOTICE ONLY     NOT FILED          .00           .00
BLATT HASENMILLER LEIBSK  NOTICE ONLY     NOT FILED          .00           .00
CAPITAL ONE               UNSEC W/INTER      1271.93        56.69        1271.93
NORTHLAND GROUP           NOTICE ONLY     NOT FILED          .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER       935.01        41.68         935.01
METRIS COMPANIES          UNSEC W/INTER   NOT FILED          .00           .00
VERIZON                   UNSEC W/INTER       388.27        12.60         388.27
NCO FINANCIAL SYSTEMS IN  NOTICE ONLY     NOT FILED          .00           .00
FISHER & SHAPIRO          NOTICE ONLY     NOT FILED          .00           .00
PETER FRANCIS GERACI      DEBTOR ATTY        1,800.00                   1,800.00
TOM VAUGHN                TRUSTEE                                       3,940.43
DEBTOR REFUND             REFUND                                        2,242.18

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  64,574.66

PRIORITY                                         .00
SECURED                                    53,838.65
    INTEREST                                   47.22
UNSECURED                                   2,595.21
    INTEREST                                  110.97
ADMINISTRATIVE                              1,800.00
TRUSTEE COMPENSATION                        3,940.43
DEBTOR REFUND                               2,242.18
                         ---------------    ---------------

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 02439 PATRICIA ANN FETTA
```

| | | |
|---|---|---|
| TOTALS | 64,574.66 | 64,574.66 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/21/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE